NUMBER
13-11-00026-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

DANIEL
ROBERT BISHOP,                                                          Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                            On
appeal from the 24th District Court

                                      of
Jackson County, Texas.

____________________________________________________________

 

                                      MEMORANDUM OPINION

 

 Before
Chief Justice Valdez and Justices Rodriguez and Benavides

                               Memorandum
Opinion Per Curiam

 








Appellant,
Daniel Robert Bishop, by and through his attorney, has filed a motion to
withdraw his appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to withdraw the appeal
and pursuant to Texas Rule of Appellate Procedure 42.2(a), dismiss the appeal. 
Having dismissed the appeal at appellant's request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the 

5th day of May, 2011.